# Exhibit (A)

# Geisinger Commonwealth
## School of Medicine

525 Pine Street
Scranton, PA 18509
Ph: 570-504-7000
geisinger.edu/gcsom

April 5, 2019

Khalid Hossain

East Patchogue, NY 11772

Dear Mr. Hossain:

On behalf of Geisinger Commonwealth School of Medicine, it is my great pleasure to offer you admission to the Geisinger Commonwealth Class of 2023.

Selecting students who are the best fit for our program and our mission is a very difficult task. Many factors are considered in the admissions process. In reviewing your application, the Admissions Committee was particularly impressed with your outstanding academic performance at Villanova University, your medical mission trip to Narayanganj, Bangladesh, and your design and implementation of a wireless internet system for a rural village in Nicaragua.

This acceptance is contingent upon your satisfactory completion of all premedical requirements and any course work that is being undertaken during the present academic year. This acceptance is also contingent upon our receiving verified application data from AMCAS consistent with that reviewed by the committee at the time of application, and completion of an acceptable background check and drug screening. To accept our offer of admission, please access the student portal by April 19, 2019 to reserve your seat in the class by submitting your one-hundred-dollar enrollment deposit. This fee will be credited toward your tuition.

Also included in this packet is a letter from Suzanne McNamara, Director of Financial Aid, outlining the services that we provide to assist you in funding your medical education. In the coming weeks you will hear from Geisinger Commonwealth students, faculty and staff who are excited to share their experiences with you and answer any questions you might have about the college.

Once again, congratulations on your admission to Geisinger Commonwealth. I look forward to welcoming you in August.

Best regards,

Steven J. Scheinman, MD
President and Dean

# Geisinger Commonwealth
## School of Medicine

525 Pine Street
Scranton, PA 18509
Ph: 570-504-7000
geisinger.edu/gcsom

April 5, 2019

Khalid Hossain

East Patchogue, NY 11772

Dear Mr. Hossain:

Congratulations on your acceptance to Geisinger Commonwealth School of Medicine!

As you begin preparing for your medical education, financing your education will play an important role in helping you realize your goal of becoming a physician. In order to be considered for any need-based aid, including federal loans, you will be required to file a Free Application for Federal Student Aid (FAFSA). The FAFSA can be filed online at www.fafsa.gov beginning October 1, 2018. By using our school code, G41672, the results of your FAFSA will be transmitted to our financial aid department.

Please note that we, like many other medical schools, require both parental and, if married, spousal data on the FAFSA to be considered for most of our institutional funding. To be considered for these types of funding, students need to file the FAFSA (including parental financial information) no later than March 1. The School anticipates having a limited amount of funding available for the class of 2023 so filing early is best.

In addition, we encourage you to explore all sources of funding. You can review some of the other sources of scholarships on our website under the 'Private external scholarships' link on the Financial Aid page. Please note that some outside medical school scholarships require application as early as January or February for the following fall semester.

Please feel free to contact the financial aid office if you have any questions or need additional assistance at 570-504-9682 or financialaid@som.geisinger.edu

Sincerely,

*Sue McNamara*

Sue McNamara
Director of Financial Aid
smcnamara@som.geisinger.edu