# Exhibit (C)

## Geisinger Commonwealth School of Medicine
## Student Referral for Academic or Professionalism Concerns

**Name of Student Referred:** Kahlid Hossain                                **Date:** 5/7/2024

**Nature of Referral:** *Please circle all that apply and include, at minimum, the required documentation listed.*

| Academic | Required Documentation Needed: |
|---|---|
| <ul><li>Test Scores</li><li>Shelf Exams</li><li>OSCEs</li><li>Poor Assignment Quality</li><li>Plagiarism</li><li>Clerkship Requirements<ul><li>Logging</li><li>CLIPP Cases</li><li>fmCases</li><li>POGOe cases</li><li>MedU Cases</li><li>WISE Modules</li></ul></li></ul> | <ul><li>Score report</li><li>Score Report</li><li>Summary Case Report</li><li>Documentation of examples</li><li>Paper or Assignment in question</li><li>Log Book or Log Report</li><li>CLIPP Case completion and engagement report</li><li>fmCase Case completion and engagement report</li><li>POGOe Case completion and engagement report</li><li>MedU Case completion and engagement report</li><li>WISE Module completion and engagement report</li></ul> |
| **Professionalism** | |
| <ul><li>Tardiness</li><li>Absenteeism</li><li>==Disrespectful Behavior==</li><li>==Lack of Insight==</li><li>==Communication Skills==</li><li>==Disengagement==</li><li>Integrity</li><li>==Adherence to Policy==</li></ul> | <ul><li>Attendance record or emails</li><li>Attendance record or emails</li><li>Emails, or documentation of incidents</li><li>Documentation of examples</li><li>Documentation of examples</li><li>Attendance record or documentation of examples</li><li>Documentation of examples</li><li>Documentation of examples</li></ul> |
| **Clinical** | |
| <ul><li>Medical Knowledge</li><li>Presentation Skills</li><li>Physical Exam Skills</li><li>Differential Diagnosis Skills</li></ul> | <ul><li>Specific documentation of concern</li><li>Specific documentation of concern</li><li>Specific documentation of concern</li><li>Specific documentation of concern</li></ul> |
| **Other** | |
| | <ul><li>Specific documentation of concern</li></ul> |

|  |  |
|---|---|
|  |  |

**Reason for Referral:**

*In two or three sentences, please summarize your concerns regarding the student:*

Background:

Khalid is currently on an educational leave of absence and is working towards a masters degree. He is scheduled to return to the curriculum in July. Prior to his initiating his leave, he was referred to CAPS for professionalism concerns and was placed on Professionalism Warning and sanctioned to complete a Professional Development Plan. That plan was developed and shared with him prior to the initiation of his leave with the understanding that he would complete the plan upon his return.

Reason for Referral:

Khalid has demonstrated an ongoing pattern of missing deadlines and poor communication with faculty and staff. The current concern is related to the difficulty we are having in maintaining communication with Khalid as he transitions back from a leave of absence and plans for his Step 2 exam. Khalid has failed to respond to emails sent to him by many members of the student support team. This includes emails from Dr. James Walsh and Jackie Ghormoz inquiring about his Step 2 plans, emails from Linda Learn inquiring about his Phase 3 schedule and residency planning, and emails from Breana Losey regarding his return from a leave, Phase 3 schedule and Step 2 plans. In addition, Khalid is in violation of the Leave of Absence Policy as he has not followed the direction of the policy and leave of absence paperwork on initiating the process for return. To date, he has not petitioned to return to the curriculum in accordance with the policy or completed his return from absence paperwork that was due on May 1, 2024 (see return process from the LOA Policy below).

While we would like his transition back to the curriculum to be smooth and provide him with the best opportunity for success as he engages in the residency application process, the difficulty we are having communicating with him is hampering our ability to do so.

**LOA Policy**

Return from a Leave of Absence: Return from a leave of absence must be approved by the Associate Dean of Student Affairs or their designee. The deadline to petition to return to the curriculum for an upcoming academic year is six months before the next phase of curriculum, unless otherwise noted in the approved Leave of Absence Form. Upon receipt of the petition to return, the ADSA or their designee will provide the student with the Leave of Absence Return Form which must be completed by three months before the start of the next phase of the curriculum. (His LOA Approval Letter indicates he must initiate his return process by May 1)

*Please list actions you have already taken with the student to remediate the situation:*

Regional and Student Affairs Team attempts at communicating with Khalid are as follows:

Khalid responded to several of Breana Losey's texts on 4/4 after a regional progress monitoring meeting in which Dr Walsh and Jackie Ghormoz expressed concerns that Khalid has failed to follow up on a number of emails sent to him regarding Step 2 planning (emails from JG sent on 7/5/2023, 10/30/2023).  In his response to Breaa Losey on 4/4 he responded that he was having difficulty with his Master's degree and finishing the requirements for this. He has had no time to focus on Step 2 study, but he knows the importance of the exam. He said he was going to prioritize planning for the exam. He did indicate he would like to have a Zoom the following week but never provided times. He also said he would start the LOA return process that following weekend.

Breana Losey followed up with texts again on 4/8 and 4/16 with no response. My last text to him was on 4/25 where I asked him to respond to me by the end of the following day to set up a time to meet. He never responded.

Emails sent by Ed Lahart to follow up on his intent to return from leave  – 4/29/2024 and 5/2/2024. There has been no response from these attempts by Ed.

### *What suggestions do you have for further remediation?*

Review by CAPS in light of his past review of professionalism concerns.

**Name:**                                                                                          **Date:**