# Exhibit (D)

SCHOOL OF MEDICINE
525 Pine St.
Scranton, PA 18509
Ph: 570-504-7000
geisinger.edu/gchs



Khalid Hossain

May 8, 2025

Dear Khalid,

The Committee on Academic and Professional Standards (CAPS) met on May 7, 2025, to review your recent referral for lack of adherence to policy. This is your 6th referral to CAPS.

Your CAPS history is outlined below:

You were initially referred to CAPS in May 2022 for lack of adherence to policy requiring students to sit for the USMLE Step 1 Examination by the institutional deadline. Following the June 1, 2022 appearance related to this referral, CAPS decided as follows:

- No academic or professionalism sanctions were placed at that time.
- The committee approved the plan to take the USMLE Step 1 Examination no later than June 10, 2022.
- The committee permitted you to begin the Transition to Clerkship/Regional Orientation on July 5, 2022, pending the exam results.
- The committee required you to meet regularly with your Guthrie Regional Education Specialist and a member of the Center for Learning Excellence.

Your second referral to CAPS was in February 2023 for professionalism concerns related to integrity. Following the April 5, 2023, appearance related to this referral, CAPS decided as follows:

- The committee placed you on Warning for Professionalism concerns.
- The committee required you to complete a Professional Development Plan.

Your third referral to CAPS was in May 2024 for lack of adherence to policy related to your return from a leave of absence and a continued pattern of professionalism concerns related to lack of communication and planning to sit for the USMLE Step 2 Examination. Following the May 22, 2024 appearance related to this referral, CAPS decided as follows:

- The committee allowed you to return to the MD curriculum joining the Class of 2025.
- The committee placed you on Probation for Professionalism concerns.
- The committee required you to complete a Professional Development Plan.

- The committee required you to adhere to the curricular plan outlined in your leave of absence paperwork.
- The committee required you to sit for the USMLE Step 2 Examination by the institutional deadline.
- The committee stated per the GCSOM Policy on Satisfactory Academic Progress that you must complete the MD curriculum within six years, including leaves of absence, and because you began the MD curriculum in 2019, you must graduate with the MD Class of 2025.

Your fourth referral to CAPS was in August 2024 for lack of adherence to policy requiring students to sit for the USMLE Step 2 Examination by the institutional deadline. Following the September 4, 2024 appearance related to this referral, CAPS decided as follows:

- The committee granted you an extension of the USMLE Step 2 Examination deadline stating you must sit no later than October 21, 2024, and that no further extensions would be considered.
- The committee stated you remained on Professionalism Probation until successful completion of all components of your Professional Development Plan.
- The committee reminded you that all requirements in your prior CAPS decision letters still apply.

Your fifth referral to CAPS was in November 2025 for failure to comply with the provisions of the Professional Development Plan and failure at first attempt of the USMLE Step 2 Examination. Following the November 20, 2024 appearance related to this referral, CAPS decided as follows:

- Professionalism Probation remained in place until completion of all tenets of the Professional Development Plan was satisfied.
- The committee placed you on Academic Warning.
- The committee permitted you to continue in the MD curriculum.
- The committee required you to maintain biweekly meetings with the Center for Learning Excellence for Step support, Student Affairs and/or your regional team for academic advising, and Jackie Ghormoz for the Professional Development Plan to ensure satisfactory progress academically and professionally.
- The committee required you to undergo a comprehensive Fitness for Learning Evaluation.

For your most recent referral to CAPS you were offered the opportunity to speak to the Committee and to have an advocate support you through the referral and hearing process. You chose to speak to the Committee via Zoom, and Dr. Victor Kolade was present as your

advocate. The Committee considered your statement and allowed you to answer any questions posed by members. Your written statement was made available to the Committee. You did provide additional documentation.

The Committee reviewed the totality of the records that are relevant to your referral, including the Academic, Professional and Technical Standards that govern the MD program. After due deliberation the Committee has concluded as follows:

Dismissal from the MD program.

1. This action is imposed due to continued failure to meet the following Technical Standards:

    a. Communication Skills, specifically a failure to effectively communicate information with faculty, support staff, and others.

    b. Ethics and Professionalism, specifically a failure to promptly complete all responsibilities attendant to the curriculum and GCSOM policies and procedures.

Per the Policy on Academic and Professional Standards Governing the MD Program, dismissal is the permanent termination of student status, including the loss of all instructional credit toward the MD degree and removal from the curriculum.

Please contact the Associate Dean for Medical Student Affairs to discuss compliance with the terms set forth herein. In accordance with the Policy on Academic and Professional Standards Governing the MD program, the decisions of CAPS are final, except for decisions affecting advancement, graduation, or dismissal. A student may appeal such adverse decisions to the Dean in writing within ten business days of the date of student notification. Please note that an appeal may be based only on one or more of the following grounds:

1. Procedures set forth in the Policy on Academic and Professional Standards Governing the MD Program were not followed.

2. New and relevant information, not available at the time of the hearing, has arisen. If new information comes to light, a student's case will be sent back to CAPS for re-adjudication.

Please note that further failures to meet Academic, Professional, or Technical Standards will result in referral back to CAPS for additional requirements and/or actions that could include dismissal from GCSOM.

Respectfully,

*Wells Reinheimer, DO*

Wells Reinheimer, DO

Chair, Committee on Academic and Professional Standards

CC: ███████████████████████████████████
███████████████████████████████████
███████████████      ███████████████