# Exhibit (F)

**SCHOOL OF MEDICINE**
525 Pine St.
Scranton, PA 18509
Ph: 570-504-7000
geisinger.edu/gchs



June 19, 2025

Khalid Hossain
[redacted]
East Patchogue, NY 11772

Dear Khalid:

I am responding to your appeal of the decision of the Committee on Academic and Professional Standards (CAPS) on May 7, 2025, that you be dismissed from the MD program based on continuing failure to meet the following Technical Standards:

- Communication Skills, specifically a failure to effectively communicate information with faculty, support staff, and others.
- Ethics and Professionalism, specifically a failure to promptly complete all responsibilities attendant to the curriculum and GCSOM policies and procedures.

I considered the comments you made in our one-on-one meeting very seriously. Additionally, I reviewed documentation from several sources including the documentation you submitted to support your appeal. After this review, I have decided to uphold the decision of CAPS.

This decision for dismissal is now final. Our Student Affairs team and other student support services are available to you should you wish to utilize these resources after hearing this decision.

I wish you well in your future endeavors.

Sincerely,

Julie Story Byerley, MD, MPH
*President,* Geisinger College of Health Sciences
*Dean and Professor of Pediatrics,* Geisinger Commonwealth School of Medicine
*Executive Vice President and Chief Academic Officer,* Geisinger Health System

cc:   Provost
      Vice Provost for Student Affairs
      Associate Dean for Medical Student Education
      Associate Dean for Medical Student Affairs
      Registrar